UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 1:15CR111

CHRISTOPHER GRAHAM, et al.

### STIPULATED FINAL ORDER OF FORFEITURE

As the result of the guilty plea by the defendant, Christopher Graham, to Count One of the Superseding Indictment, which charges that the defendant, Christopher Graham, did knowingly, intentionally and willfully combine, conspire, and agree with co-defendants, and persons both known and unknown to the Grand Jury, to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance as classified by Title 21 of the Code of Federal Regulations, Sections 1308.12(a) and (d)(2), in violation of Title 21, United States Code, Sections 841(b)(1)(A) and 846, for which the Government is seeking forfeiture of specific property pursuant to 21 U.S.C. §853, and based upon the agreement of the defendant, Christopher Graham, and the United States of America, the defendant shall forfeit to the United States his interest in the following property:

1. Rossi .243 rifle, serial number F19997D;
2. Smith & Wesson .380 pistol, serial number KBD3243;
3. Ruger LC9 9mm pistol, serial number 325-87797;
4. Glock 22 .40, serial number FKL075 2007;
5. 2010 Nissan Maxima, VIN 1N4AA5AP5AC847600;
6. $7,462.00 in United States currency seized from 1431 Randle Quarters Road, Una, Mississippi; and
7. $5,100.00 in United States currency seized from 135 Castle Street, Houston, Mississippi.

1

Further, by virtue of the defendant's plea of guilty, the United States is also now entitled to a personal money judgment against the defendant, Christopher Graham, in the amount of $77,594.00.

NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that the Defendant, Christopher Graham, shall forfeit his interest in the property specified herein to the United States. Further, a personal money judgment for the amount of $77,594.00 is hereby entered against the Defendant, Christopher Graham; and

IT IS FURTHER ORDERED that upon the entry of this Order, the United States Marshal and/or other property custodian is authorized to take possession and maintain custody of the above-described property. Further, the United States shall be authorized to commence any applicable proceeding to comply with statutory requirements governing third party rights, including giving notice of this Order. Fed. R. Crim. P. Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment".

IT IS FURTHER ORDERED that the United States shall publish notice of this Order and of its intent to dispose of the property in such a manner as provided for by law. Any person, other than the Defendant, Christopher Graham, asserting any legal interest in the property may, within the time provided for in any direct written notice or within the time provided for in any internet publication of notice of this Order, petition the court for a hearing without a jury to adjudicate the validity of the alleged interest.

IT IS FURTHER ORDERED that, pursuant to Fed. R. Crim. P. 32.2(b)(4)(A), this Order of Forfeiture is final as to the Defendant, Christopher Graham, as he has consented to the same in his Plea Agreement and shall be made part of the Defendant's sentence and included in any judgment entered. If no third party files a timely petition, this order shall become the Final

Order and Judgment of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2), and the United States shall have clear title to the property, and shall have the authority to dispose of the property according to law.

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this order of forfeiture to substitute property having a value not to exceed $77,594.00 to satisfy the money judgment in whole or in part;

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

SO ORDERED AND ADJUDGED this the 22nd day of November, 2016.

_____
HONORABLE GLEN H. DAVIDSON
SENIOR UNITED STATES DISTRICT JUDGE

Prepared By:

FELICIA C. ADAMS
UNITED STATES ATTORNEY

By: /s/ SAMUEL D. WRIGHT
    SAMUEL D. WRIGHT
    Assistant U.S. Attorney

AGREED AND CONSENTED TO:

_____
CHRISTOPHER GRAHAM
Defendant

APPROVED:

_____
RODNEY A. RAY
Attorney for Defendant
Mississippi Bar No. 8876

3